Wallace G. OAKS, Appellant, v. Paul W. SAMPSELL, as Trustee in Bankruptcy of the Estate of Wallace G. Oaks, Bankrupt, Appellee.

No. 9699.

Circuit Court of Appeals, Ninth Circuit.

Dec. 16, 1940.

Paul Taylor, of Los Angeles, Cal., for appellant.

Craig & Weller, of Los Angeles, Cal., for appellee.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a decree of dismissal be filed and entered accordingly, and that mandate of this court issue forthwith.

Ida Mae POSEY, Appellant, v. UNITED STATES, Appellee.

No. 8627.

Circuit Court of Appeals, Sixth Circuit.

Dec. 11, 1940.

McLane & Bates, of Nashville, Tenn., and W. R. Fain, Jr., of Clarksville, Tenn., for appellant.

Horace Frierson, Jr., of Nashville, Tenn., for appellee.

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

Upon consideration of the briefs and argument in the above cause, it appears to the court that the challenged search warrant was sufficient in allegation of fact as to violation of law, that it was issued upon an affidavit, fair upon its face, and disclosing probable cause, and that such affidavit may not be impeached by the affiant, wherefore, it is hereby ordered that the judgment in the above cause be and it is affirmed.

The POWHATAN MINING COMPANY, Petitioner, v. Harold L. ICKES, Secretary of the Interior, The Bituminous Coal Division of the Department of the Interior, and H. A. Gray, Director Thereof, Respondents.

No. 8798.

Circuit Court of Appeals, Sixth Circuit.

Dec. 10, 1940.

W. T. Kinder, Arthur L. Dougan, and Jones, Day, Cockley & Reavis, all of Cleveland, Ohio, for petitioner.

Abe Fortas, Gen. Counsel, Bituminous Coal Division, of Washington, D. C., for respondents.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Now, upon presentation of the within motion in the above entitled cause and upon consideration thereof, it is ordered, adjudged and decreed by the Court that the petition for review herein be dismissed.